UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL P. GRADNEY,<br><br>        Defendant. | CASE NO. CR11-0363JLR<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the court upon Defendant Michael P. Gradney's Motion for Early Termination of Supervised Release.  (Mot. (Dkt. # 184).)  For the reasons stated below the motion is DENIED.

The court is pleased to recognize Mr. Gradney's substantial progress.  Mr. Gradney's business and personal accomplishments are meaningful and applauded by the court.

After one year of release from custody, a court may terminate a term of supervision if such action is warranted by the defendant's conduct and in the interests of

ORDER - 1

justice. 18 U.S.C. § 3583(e)(1). Mr. Gradney's prior life was filled with a history of crime and substance abuse. While Mr. Gradney has done well on release, the court finds that a continued period of monitoring and support from Probation is appropriate. As such, the motion is DENIED.

If there is some new part of Probation's supervision that interferes with Mr. Gradney's good performance, he is free to raise it with the court.

Dated this 22nd day of December, 2020.

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2